# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) CHOCTAW EXPRESS MART,<br><br>    Plaintiff,<br><br>v.<br><br>1) EMPLOYERS MUTUAL CASUALTY COMPANY,<br>2) ED BERRONG INSURANCE AGENCY, INC.,<br>3) NHI GENERAL ADJUSTERS, and<br>4) GARY LUND,<br><br>    Defendants. | Case No.   CIV-14-01227-HE |

## STIPULATION OF PARTIAL DISMISSAL

COME NOW, Plaintiff and Defendants, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulates to the dismissal without prejudice of Defendants, Ed Berrong Insurance Agency, Inc., NHI General Adjusters, and Gary Lund. Plaintiff specifically reserves all claims and causes of actions as to any other Defendants named or unnamed.

Respectfully submitted,

s/J.Drew Houghton_____
J. DREW HOUGHTON, OBA #18080
FOSHEE & YAFFE
P. O. Box 890420
Oklahoma City, OK 73189
Telephone:  (405) 232-8080
Facsimile:  (405) 601-1103
dhoughton@fosheeyaffe.com
Attorneys for Plaintiff(s)

1

2

        s/Phil R. Richards_____
Phil R. Richards, OBA#10457
Jessica N. Battson, OBA#22843
12th Floor, Park Centre Bldg.
525 S. Main Street
Tulsa, OK 74103
Telephone:   918-585-2394
Facsimile:    918-585-1449
prichards@richardsconnor.com
jbattson@richardsconner.com
**Attorneys for Defendant, Employers Mutual Casualty Company**

        s/James K. Secrest, II_____
James K. Secrest, II, OBA#8049
Edward J. Main, OBA#11912
Secrest, Hill, Butler & Secrest
7134 South Yale, Suite 900
Tulsa, OK 74136
Telephone:     918-494-5905
Facsimile:      918-494-2847
jsecrest@secresthill.com
emain@secresthill.com
**Attorneys for Defendant, Ed Berrong Insurance Agency, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and/or in accordance with the Federal Rules of Civil Procedure:

>Phil R. Richards, OBA#10457
>Jessica N. Battson, OBA#22843
>12th Floor, Park Centre Bldg.
>525 S. Main Street
>Tulsa, OK 74103
>Telephone:   918-585-2394
>Facsimile:   918-585-1449
>prichards@richardsconnor.com
>jbattson@richardsconner.com
>**Attorneys for Defendant, Employers Mutual Casualty Company**

>James K. Secrest, II, OBA#8049
>Edward J. Main, OBA#11912
>Secrest, Hill, Butler & Secrest
>7134 South Yale, Suite 900
>Tulsa, OK 74136
>Telephone:   918-494-5905
>Facsimile:   918-494-2847
>jsecrest@secresthill.com
>emain@secresthill.com
>**Attorneys for Defendant, Ed Berrong Insurance Agency, Inc.**

>s/J.Drew Houghton
>J. DREW HOUGHTON, OBA #18080