# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHOCTAW EXPRESS MART INC., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )  NO. CIV-14-1227-HE |
| | ) |
| EMPLOYERS MUTUAL CASUALTY COMPANY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ADMINISTRATIVE CLOSING ORDER

The court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **forty-five (45) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 16th day of October, 2015.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE